UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALE STEVEN BOWERS,  )
   )
    Petitioner,  )
   )
v.  )  CV425-119
   )
CHATHAM COUNTY  )
DETENTION CENTER,  )
   )
    Respondent.  )

# ORDER

Before the Court is the Magistrate Judge's June 5, 2025 Report and Recommendation, (doc. 3), to which no objections have been filed. After a careful *de novo* review, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 3), as its opinion and **DISMISSES without prejudice** Petitioner's Petition for Writ of Habeas Corpus, (doc. 1), as unexhausted.

Applying the Certificate of Appealability (COA) standards, which are set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this

stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); *see Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3). The Clerk is **DIRECTED** to **CLOSE** this case.

     **SO ORDERED** this 23 day of July, 2025.

                                                    HON. LISA GODBEY WOOD, JUDGE
                                                    UNITED STATES DISTRICT COURT
                                                    SOUTHERN DISTRICT OF GEORGIA